**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**SONYA S. HUGHES**                                                                                    **PLAINTIFF**

**V.**                                                                                       **NO. 4:20-CV-72-DMB-RP**

**ANDREW SAUL,**
**Commissioner of Social Security**                                                          **DEFENDANT**

## ORDER

On June 3, 2021, United States Magistrate Judge Roy Percy issued a Report and Recommendation ("R&R") in this appeal from the unfavorable decision of the Commissioner of Social Security regarding Sonya S. Hughes' application for disability insurance benefits. Doc. #30. The R&R recommends that the decision be affirmed. *Id.* at 1. No objections to the R&R were filed within the time allowed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [30] is **ADOPTED** as the order of the Court. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED**, this 21st day of June, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**